IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Criminal No. 11-99
)
ROBERT JOHNSON )
)
Defendant. )

ORDER OF COURT

AND NOW, this 26th day of Oct, 2011, it is hereby ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and incorporated in its entirety into this Order. It is further ORDERED that:

(1) The Bureau of Alcohol, Tobacco, Firearms and Explosives will release the .357 Ruger Magnum Revolver, serial number 35-15642 "as-is" to Anna Klodowski free and clear of all forfeiture rights of the United States; and

(2) A certificate of reasonable cause is hereby entered pursuant to 28 U.S.C. § 2465.

_____
J.